Paul M. Fakler (PF-0249)
Julie Stark (JS-8925)
Amanda J. Schaffer (AS-2004)
MOSES & SINGER LLP
405 Lexington Avenue
New York, New York 10174-1299
Tel.: 212-554-7800
Fax: 212-554-7700
pfakler@mosessinger.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                                             :
LYNN GOLDSMITH,                                              :
                                                             :
                        Plaintiff,                           :
                                                             :          07 CV 6089 (SAS) (AJP)
            - against -                                      :
                                                             :          **Rule 7.1 Statement**
WOLFGANG'S VAULT,                                            :
                                                             :
                        Defendant.                           :          Filed via ECF
                                                             :
------------------------------------------------------------ X


Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Bill Graham Archives, d/b/a

Wolfgang's Vault ("BGA") states that:

        1.      BGA has no parent corporations, but is wholly owned by Norton LLC which also

has no parent corporations; and

        2.      No publicly held corporation owns 10% or more of BGA's stock.

Dated: August 1, 2007
       New York, New York

                                    MOSES & SINGER LLP


                         By:  __s/ Paul M. Fakler_____
                              Paul M. Fakler (PF-0249)
                              Julie Stark (JS-8925)
                              Amanda J. Schaffer (AS-2004)
                              405 Lexington Avenue
                              New York, New York 10174-1299
                              Tel.: 212-554-7800
                              Fax: 212-554-7700

                              *Attorneys for Bill Graham Archives LLC*

**Certificate of Service**

I, Paul M. Fakler, hereby certify that on the 1st day of August, 2006, I served Defendant's Rule 7.1 Statement by filing the same via ECF and by placing a true and correct copy of the same in the United States Mail for first class delivery to Plaintiff's counsel at:

        Joel L. Hecker, Esq.
        Russo & Burke
        600 Third Avenue
        New York, New York 10016

                                   _____s/ Paul M. Fakler_____

                                       Paul M. Fakler