UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LYNN GOLDSMITH,

                Plaintiff,

  - against -

WOLFGANG'S VAULT,

                Defendant.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/08
```

**ORDER**

07 Civ. 6089 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

       Plaintiff's attorney has advised the Court that the above-captioned case has settled and can now be closed. Accordingly, the Clerk of the Court is directed to close this case.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
            March 7, 2008